◼ In the Matter of the Claim of FRANK J. LAZAN et al., Respondents. BIL-RAY ALUMINUM SIDING CORPORATION OF QUEENS, Appellant; JOHN E. SWEENEY, as Commissioner of Labor, Respondent. [652 NYS2d 108] —Appeals from two decisions of the Unemployment Insurance Appeal Board, filed July 28, 1995 and August 7, 1995, which, *inter alia*, assessed the employer for additional unemployment insurance contributions on remuneration paid to claimants.

Claimants worked as sales representatives on behalf of Bil-Ray Aluminum Siding Corporation of Queens. The record contains substantial evidence to support the conclusion of the Unemployment Insurance Appeal Board that Bil-Ray exercised sufficient direction and control over claimants' work to establish their status as Bil-Ray's employees (*see, Matter of Rivera [State Line Delivery Serv.—Roberts]*, 69 NY2d 679, 682, *cert denied* 481 US 1049). Bil-Ray controlled the manner in which claimants conducted their interactions with prospective customers by providing them with a paid two-week training session during which they were taught a detailed sales "pitch" and procedures, following which Bil-Ray's sales manager accompanied claimants on their first sales calls to fine tune their salesmanship. Bil-Ray further directed and controlled claim-

ants by forbidding them from working for anyone else and by requiring them to keep secret the identities of Bil-Ray's prospective customers. Bil-Ray also controlled claimants' job performance by enforcing a dress code, setting minimum prices, controlling customer contact by giving them daily sales leads and notifying claimants that failure to follow up on these leads and report back to Bil-Ray was grounds for dismissal. We conclude that the Unemployment Insurance Appeal Board's decision was based upon substantial evidence and it will not, accordingly, be disturbed (*see, Matter of Preble [Getting To Know You Intl. #2—Hudacs]*, 206 AD2d 650, 651; *Matter of Landis [Theatrics, Inc.—Hudacs]*, 193 AD2d 1027).

Cardona, P. J., White, Yesawich Jr., Peters and Spain, JJ., concur. Ordered that the decisions are affirmed, without costs.